UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PATRICK STEVEN DAVIS, | ) | 3:13-cv-00559-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 31, 2014 |
| STATE OF NEVADA, et al., | ) | |
| Defendants | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Discovery Plan and Scheduling Order with Special Scheduling Requested. (Doc. # 15.) The court has this date entered an order staying discovery in this matter. (Doc. # 21.) Therefore, the court defers entering any discovery plan and scheduling order as Plaintiff seeks. The court will readdress discovery either after District Judge Miranda M. Du enters an order on the Defendants' Motion to Dismiss (Doc. # 6) or ninety (90) days from this order, whichever occurs first.

Plaintiff's motion (Doc. # 15) is **DENIED without prejudice.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>      /s/                              </u>
    Deputy Clerk