

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK S. DAVIS, | 3:13-cv-00559-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| NEVADA, STATE OF, et. al., | |
| Defendants. | |

Plaintiff Patrick S. Davis filed his complaint on October 4, 2013. (Doc. # 1.)[1] Defendants filed a motion to dismiss on November 6, 2013. (Doc. # 6.) Plaintiff filed a response to the motion to dismiss on November 26, 2013. (Doc. # 8.) A reply in support of the motion was filed by Defendants on December 4, 2013. (Doc. # 9.) The Defendants subsequently filed a motion for protective order to stay discovery (Doc. # 10) and Plaintiff filed a motion for a discovery plan and scheduling order (Doc. # 15).

The court undertook a "preliminary peek" of Defendants' motion and determined that a discovery stay pending resolution of the motion to dismiss was warranted and granted Defendants' motion to stay discovery in this respect. (Doc. # 21.) Discovery was stayed for a period of ninety days, or until the motion to dismiss was resolved, whichever occurred first. (*Id.*) Consequently, Plaintiff's motion for a discovery plan and scheduling order was denied without prejudice. (Doc. # 22.)

With no resolution of the motion to dismiss at the expiration of the ninety days, the court set the matter for a status conference. (*See* Doc. # 23.) A status conference was held on June 23, 2014, and the parties agreed the discovery stay should continue in place pending resolution of Defendants' motion to dismiss. (*See* Doc. # 38.) Thus, the discovery stay was extended to

---

[1] Refers to court's docket number.

September 19, 2014, or until the motion to dismiss was resolved, whichever occurred first. (Doc. # 37.)

As of September 19, 2014, Defendants' motion to dismiss has not been resolved; therefore, good cause exists to extend the stay of discovery for an additional **ninety days, up to and including December 18, 2014 OR until the motion to dismiss is resolved, whichever occurs first**. If the motion has not been resolved by December 18, 2014, the court will enter further orders as it deems necessary.

DATED: September 19, 2014.

_____
WILLIAM G. COBB
UNITED STATES DISTRICT JUDGE